Hugo H. Pieson, Respondent, v. Ethel M. Mitchell and Others, Appellants, Impleaded with Others. (No. 1.) — Judgment affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Hugo H. Pieson, Respondent, v. Ethel M. Mitchell and Others, Appellants, Impleaded with Others. (No. 2.) — Judgment affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

John George, Respondent, v. Andrew H. Kellogg Company and Andrew H. Kellogg, Appellants. — Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

David Boudreau, Respondent, v. George W. Linch, as Receiver of the Second Avenue Railroad Company, Appellant. — Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

S. C. Posner Company, Inc., Appellant, v. Emanuel A. Jackson and Others, Respondents. — Judgment affirmed, with costs, on the authority of *Posner Co., Inc.*, v. *Jackson* (166 App. Div. 920). Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Emma Mishel, an Infant, etc., Respondent, v. Hyman Mishel, Appellant. — Judgment affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Mary Fitzgibbon, Respondent, v. George W. Linch, as Receiver of the Second Avenue Railroad Company, Appellant. — Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Henry Kanzer, as Administrator, etc., Respondent, v. Frederick Voges, Appellant. — Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Francesco Campullu, Respondent, v. Bradley Contracting Company, Appellant. — Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.; Ingraham, P. J., and McLaughlin, J., dissented.

Louis Neuburger, Respondent, v. Meyer Michelsohn, Appellant. — Judgment affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Helen Gilpin, as Administratrix, etc., v. Jacob Ruppert. — Motion to dismiss appeal granted, with ten dollars costs, unless appellant comply with terms stated in order. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Helen Gilpin, as Administratrix, etc., v. Jacob Ruppert. — Motion granted and appellant allowed until October twenty-seventh within which to file and serve brief. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Albert Priem v. Borden's Condensed Milk Company. — Application denied, with ten dollars costs. Order signed. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.